UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CARLOS VIVANCO and<br>ELIA GLORIA MONTEMAYOR VIVANCO,<br><br>        Plaintiffs<br><br>        vs.<br><br>BIOMET, INC.,<br><br>        Defendant | CAUSE NO. 3:03-CV-834 RM |

OPINION AND ORDER

On May 9, 2005, the court granted defendant Biomet's motion to dismiss on *forum non conveniens* grounds, and the clerk entered judgment on May 11. The dismissal was contingent upon Biomet's promises to submit to the jurisdiction of a Mexican court, and to waive any statute of limitations defenses it might have to the plaintiffs' initiation of a suit in Mexico. Biomet now asks the court to amend its dismissal order to require the plaintiffs to refile their suit in Mexico within 90 days from the entry of this court's judgment, or within the time yet remaining under the applicable Mexican statute of limitations, whichever period is longer. That would give the plaintiffs at least until August 9, 2005 to refile their claims. The plaintiffs did not respond to Biomet's motion to amend, and the time for filing a response has now passed.

Biomet's requested amendment is reasonable and doesn't contradict its promise to waive any applicable statute of limitations defense. As of today, the

plaintiffs would still have more than two months to file a Mexican suit before the 90-day period expired. To promote the efficiency of this litigation the court now GRANTS Biomet's motion [docket no. 24] and AMENDS its dismissal order [docket no. 22] to require the plaintiffs to refile their suit in a Mexican court within 90 days from the entry of this court's judgment, or within the time yet remaining under the applicable Mexican statute of limitations, whichever period is longer.

SO ORDERED.

ENTERED:   June 7, 2005

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court